UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_____

| | |
|---|---|
| UNITED STATES for use and benefit of ) | |
| B.L. MECHANICAL, INC. ) | |
|     Plaintiff ) | |
| ) | Civil Action No. |
| V. ) | |
| ) | |
| MONUMENT CONSTRUCTION, LLC ) | |
| and WESTERN SURETY COMPANY ) | **COMPLAINT and** |
| ) | **JURY DEMAND** |
|     Defendants ) | |

_____

## PARTIES

1)   The plaintiff, B.L. Mechanical, Inc., (hereinafter "BL Mechanical"), is a Massachusetts corporation with a principal place of business at 726 Quaker Highway, Uxbridge, Worcester County, Commonwealth of Massachusetts.

2)   The defendant, Monument Construction, LLC, (hereinafter "Monument"), is a limited liability company with a principal place of business at 21 Factory Street, Nashua, Hillsborough County, State of New Hampshire.

3)   The defendant, Western Surety Company, (hereinafter "Western Surety"), is a Surety with a principal place of business at 333 S. Wabash Avenue, Chicago, Cook County, Illinois, licensed to do business in Massachusetts.

## JURISDICTION AND VENUE
## PURSUANT TO 40 U.S.C.A. § 3133(b)(3)(B)

4)   There is diversity of jurisdiction between the parties.

5)   The amount in controversy exceeds $75,000.00.

6)   This case involves federal question jurisdiction, namely payment under the Miller Act (40 U.S.C.A. § 3131 et seq.) which requires venue be brought in the United States District Court regardless of the amount in controversy.

## COUNT I – BREACH OF CONTRACT

**[Monument Construction, LLC]**

7) The plaintiff hereby restates and incorporates Paragraphs 1 through 6 above herein.

8) BL Mechanical entered into a written contract dated December 1, 2014 with the general contractor, Monument, to perform plumbing and HVAC work at the Veterans Affair Medical Center ("VAMC") located at 940 Belmont Street, Brockton, Massachusetts (hereinafter "the project"), for the initial contract sum of $1,450,000.00 (a genuine copy of the executed contract is attached hereto as **Exhibit "A"**).

9) BL Mechanical performed $63,532.00 in extras, increasing the contract amount to $1,513,532.00, and has been paid $779,273.12, leaving a balance of $734,258.88.

10) BL Mechanical substantially performed its work in a timely and workmanlike manner.

11) Monument has breached the contract by failing and or refusing to make payment to BL Mechanical in the sum of $734,258.88.

12) BL Mechanical has been damaged in the amount of $734,258.88 as a result of Monument Construction, LLC's breach.

13) The contract allows the prevailing party to collect attorney's fees (see **Exhibit "A"** Article 14(1)).

WHEREFORE, the plaintiff, B.L. Mechanical, Inc., demands judgment in its favor and against the defendant, Monument Construction, LLC, in an amount deemed just by this Court, plus interest, costs and reasonable attorney's fees as allowed for under said contract.

## COUNT II – QUANTUM MERUIT
**[Monument Construction, LLC]**

14) The plaintiff hereby restates and incorporates Paragraphs 1 and 2 above herein.

15) BL Mechanical provided labor and materials for the benefit of Monument Construction, LLC, for use on the project having a fair and reasonable value of $1,513,532.00, and has only been paid $779,273.12, leaving a balance of $734,258.88 due and owing from Monument.

16) BL Mechanical had an expectation of payment from Monument for the full fair value of labor and services provided to Monument for the project.

WHEREFORE, the plaintiff, B.L. Mechanical, Inc., demands judgment in its favor and against the defendant, Monument Construction, LLC, in an amount deemed just and reasonable by this Court, plus interest and costs.

### COUNT III – BOND CLAIM (MILLER ACT)
### PURSUANT TO 40 U.S.C.A. § 3131 et seq.
### [Monument Construction, LLC]
### [Western Surety Company]

17) The plaintiff hereby restates and incorporates Paragraph 1 through Paragraph 16 above herein.

18) BL Mechanical was a subcontractor to Monument and is a claimant within the meaning of the Miller Act.

19) Monument was the general contractor on the Federal Project the Veterans Affair Medical Center and the principal on the Bond (see **Exhibit "B"**, a genuine copy of the payment bond attached hereto).

20) Western Surety was the surety on the Payment Bond for the project.

21) BL Mechanical is owed $734,258.88 from the Surety for the fair value of labor and materials provided to the project.

22) BL Mechanical complied with all conditions precedent prior to bringing this action.

WHEREFORE, the plaintiff, B.L. Mechanical, Inc., demands judgment in its favor and against the defendants, Monument Construction, LLC and Western Surety Company, jointly and severally, in an amount deemed just by this Court, plus interest, costs, and reasonable attorney's fees as allowed for under said contract.

**The Plaintiff demands a jury trial on all counts so triable.**

Respectfully submitted
B.L. MECHANICAL, INC.
By its Attorney,

/s/Peter M. Mirageas
Peter M. Mirageas, Esq. BBO# 544583
Ryan P. Avery, Esq. BBO# 679233
Law Office of Peter M. Mirageas
300 E. Main St., Suite 201
Milford, MA 01757
Tel:  (508) 381-0499
peter@mirageas.com
ravery@mirageas.com

Dated:  September 13, 2016